IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

DEC - 7 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

TSEPHANYAH Y. HAWKINS,  )
et al,  )
          Plaintiffs,  )
v.  )
  )
THE HONORABLE JOHN W. WEEKS,  )
et al.,  )
          Defendants.  )

Civil Action No,

1:05-CV-184-C

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT CARTER'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Respectfully Submitted,

By:

_____

TSEPHANYAH Y. HAWKINS, PRO SE
3706 PRIVATE ROAD 2547
CLYDE, TEXAS 79510
TELEPHONE (325) 893-4790
TELECOPIER (325) 893-1805

_____

YAHCHANAN Y. HAWKINS, PRO SE
3471 PRIVATE ROAD 2541
CLYDE, TEXAS 79510
TELEPHONE (325) 893-5961

Comes now Plaintiff Tsephanyah Hawkins and Plaintiff Yahchanan Hawkins

("Plaintiffs") responding in opposition to Defendant Victoria L. Carter's ("Defendant")

Defendant Carter's Memorandum in Support of Motion to Dismiss for Plaintiffs Failure to State

a Claim ("Memorandum to Dismiss").

Accompanying this response is a Brief in Support of Response in Opposition to

Defendant Carter's Memorandum In Support of Motion to Dismiss for Failure to State a Claim.

As is demonstrated by that brief Plaintiffs have clearly stated a claim upon which relief

can be granted.

Filed concurrently with this response is a motion to amend Plaintiffs' First Amended

Complaint with an attached copy of Plaintiffs' Second Amended Complaint. Also concurrently

filed with this response is the original of Plaintiffs' Second Amended Complaint, and an extra

copy pursuant with the rules.

PRAYER

In light of the foregoing, Plaintiffs respectfully request that their claims not be dismissed.

Tsephanyah Y. Hawkins, Pro Se          Yahchanan Y. Hawkins, Pro Se
3706 Private Road 2547                 3471 Private Road 2541
Clyde, Texas 79510                     Clyde, Texas 79510
(Voice) 325-893-4790                   (Voice) 325-893-5961
(Fax)325-893-1805

## CERTIFICATE OF SERVICE

This is to certify that on this __7th__ day of _Decemb_ , 200_5_ , a true and correct

copy of the foregoing was served on the following as stated below:

**BY CERTIFIED MAIL RETURN RECEIPT REQUESTED:**

| | | |
|---|---|---|
| **Mark J Zimmermann** | **Stephen H Suttle** | **Hao Le** |
| **Tom C Clark** | **Kerry DiGioia** | Office of the Texas Attorney |
| **Jill A Malouf** | McMahon Law Firm | General |
| Dealey Zimmermann Clark & | PO Box 3679 | General Litigation Div |
| Malouf | 400 Pine St | PO Box 12548 |
| Turtle Creek Tower | Suite 800 | Austin, TX 78711-2548 |
| 3131 Turtle Creek Blvd | Abilene, TX 79604-3679 | |
| Suite 1201 | | |
| Dallas, TX 75219-5415 | | |
| | | |
| **Norman Oster** | **Tiffani N Helms** | **Claudia Hutchison** |
| P.O. Box 417 | 618 Hickory St | P.O. Box 233 |
| Schnecksville, PA 18015 | Abilene, TX 79601 | Little Mt.. SC 29075 |
| | | |
| **Carter Law Offices** | **Roy B. Longacre** | **Vocedit, Inc** |
| 618 Hickory Street | P.O. Box 360 | P.O. Box 233 |
| Abilene, Texas 79601 | Abilene, TX 79604-0360 | Little Mt. SC 29075 |
| | | |
| **Gary M. Brown** | **StenoScribe, Incorporated** | |
| 3041 South 7th | PO Box 417 | |
| Abilene, TX 79605 | Schnecksville, PA 18078 | |

**IN PERSON DELIVERY**

**CERTIFIED BY:** _Tsephanyl H_

**Yahchanan Hawkins**

Tsephanyah Hawkins, Pro Se

3471 Private Road 2541

3706 Private Road 2547

Clyde, Texas 79510

Clyde, Texas 79510

325-893-4790

3