IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| TSEPHANYAH Y. HAWKINS and YAHCHANAN Y. HAWKINS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CLAUDIA M. HUTCHISON, et al., | ) ) | Civil Action No. 1:05-CV-184-C |
| Defendants. | ) | ECF |

**JUDGMENT PURSUANT TO RULE 54(b)**

On this date the Court has entered an order granting summary judgment for Defendant THE NATIONAL INSTITUTE OF REALTIME REPORTERS, INC. There is no just reason for delay in entering a final judgment and final judgment should be entered pursuant to Federal Rule of Civil Procedure 54(b). The following judgment is, therefore, entered:

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, TSEPHANYAH Y. HAWKINS and YAHCHANAN Y. HAWKINS, take nothing as against Defendant THE NATIONAL INSTITUTE OF REALTIME REPORTERS, INC. This judgment shall be a final judgment only as to Plaintiffs' claims against The National Institute of Realtime Reporters, Inc., pursuant to Federal Rule of Civil Procedure 54(b).

DATED this 16th day of June, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT